```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

GIEL MIRZA,                    )
                               )
               Plaintiff,      )
                               )
     v.                        )    No.  06 C 6484
                               )
NEIMAN MARCUS,                 )
                               )
               Defendant.      )
```

## MEMORANDUM ORDER

Giel-E-Rana Mirza ("Mirza")[1] has tendered a Complaint charging ex-employer Neiman Marcus with employment discrimination on grounds of color, national origin, race and religion. This memorandum order is issued because of some threshold problems with the accompanying In Forma Pauperis Application ("Application") and Motion for Appointment of Counsel ("Motion").

Mirza's Application lists three children as dependents but no sources of funds at all for the entire 12 month period preceding his or her current filing (more precisely, several of the categories in Application ¶3 that call for a "yes" or "no" answer have been left blank). That is obviously not possible, and a new set of Applications is being sent to Mirza with a copy of this order. If that new set is properly completed, with two counterparts being returned to this District Court in time to be received here by December 18, this Court will act on the

---

[1] What is set out in the text as Mirza's name represents the best this Court has been able to do in deciphering his or her illegible combined handwriting-handprinting.

Application appropriately (and if it is granted, the case will be treated as having been filed on its November 28 date to avoid dismissal on untimeliness grounds).

Mirza must also submit copies of his or her Charge of Discrimination filed with the EEOC (Complaint ¶7.1(b)) and EEOC's right-to-sue letter (Complaint ¶8(b)).

As for the Motion, its most significant portion--Paragraph 2, calling for a statement of Mirza's own attempts to obtain a lawyer, has also been left blank. Under the caselaw established by the Court of Appeals, that calls for denial of the Motion, and this Court so orders.

_____
Milton I. Shadur
Senior United States District Judge

Date:  November 30, 2006